## Commonwealth *v.* Eaton, Appellant.

740

Submitted December 14, 1971. *Frederick J. Lanshe,* Public Defender, for appellant; *Lawrence J. Brenner* and *Thomas J. Calnan,* Assistant District Attorneys, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The judgment and order reversed and the record remanded for a hearing on the issues which may be raised on a post-conviction proceeding, including the validity of appellant's guilty pleas.

WRIGHT, P. J., WATKINS and JACOBS, JJ., would affirm the appeals.